IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:13-cr-04020-FJG-1 |
| | ) | |
| Gary Randall Holloway, | ) | |
|     Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth (Doc. #9 filed on March 19, 2013), to which no objection has been filed, the plea of guilty to the Information which was filed on March 18, 2013, is now accepted. Defendant is adjudged guilty of such offense(s). Sentencing will be set by subsequent order of the court.

                                                                          */s/ Fernando J. Gaitan, Jr.*
                                                                          Fernando J. Gaitan, Jr.
                                                                          Chief United States District Judge

Dated: April 16, 2013
Kansas City, Missouri